history of imprisonment and escape. But, giving full effect to the mitigation evidence, the court may well have concluded that the story of Hodge's childhood was so extraordinary, "there is a reasonable probability that at least one juror would have struck a different balance" had the jury known. *Id.*, at 537; see also *Porter*, 558 U. S., at 42. A "reasonable probability" is only "a probability sufficient to undermine confidence in the outcome." *Strickland*, 466 U. S., at 694. Absent its errors, the Kentucky Supreme Court may have found that minimal threshold met on these facts.

We are a reviewing court, so I would leave it to the Kentucky Supreme Court to reweigh the evidence under the proper standards in the first instance. But this is a capital case, and clear errors of law such as those here should be redressed. I respectfully dissent from our failure to grant the petition for certiorari, vacate the judgment below, and remand for further consideration.

No: 12–152. DE LA ROSA v. HOLDER, ATTORNEY GENERAL. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–256. STATE STREET BANK & TRUST CO. v. PFEIL ET AL. C. A. 6th Cir. Motion of American Benefits Council for leave to file brief as *amicus curiae* granted. Certiorari denied.

No. 11–1352. CCA ASSOCIATES v. UNITED STATES, *ante,* p. 940;

No. 11–9951. REYNOLDS v. QUEENS COUNTY BOARD OF ELECTIONS ET AL., *ante,* p. 829;

No. 11–9985. MCKAY v. UNITED STATES, *ante,* p. 830;

No. 11–10051. HOOKER v. CALIFORNIA, *ante,* p. 831;

No. 11–10250. COLLIER v. BLAGOJEVICH ET AL., *ante,* p. 837;

No. 11–10391. FOULKE v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, *ante,* p. 842;

No. 11–10446. ROSS v. NEW YORK STATE BOARD OF PAROLE, *ante,* p. 844;

No. 11–10465. ALLEN v. INDIANA, *ante,* p. 845;

No. 11–10468. ROEDER v. KANSAS, *ante,* p. 845;

No. 11–10494. DESUE v. FLORIDA, *ante,* p. 846;

No. 11–10577. INMAN v. CLARK, WARDEN, *ante,* p. 850;

1064

No. 11–10605.  McCarthy v. Sosnick et al., *ante*, p. 851;

No. 11–10725.  Xiang Li v. United States, *ante*, p. 858;

No. 11–10736.  Velasco-Hernandez v. Miller-Stout, Superintendent, Airway Heights Correctional Center, *ante*, p. 859;

No. 11–10821.  Vasquez Arroyo v. Gross et al., *ante*, p. 864;

No. 11–10881.  Maldonado v. Cartledge, Warden, *ante*, p. 867;

No. 11–11001.  Ruffin v. Houston Independent School District, *ante*, p. 873;

No. 11–11119.  Shao v. California, *ante*, p. 880;

No. 12–204.  In re Vadde, *ante*, p. 811;

No. 12–213.  Clair v. Maynard, Secretary, Maryland Department of Public Safety and Correctional Services, et al., *ante*, p. 963;

No. 12–249.  Pruett et al. v. Harris County Bail Bond Board, *ante*, p. 944;

No. 12–5035.  Sullivan v. DeRamcy et al., *ante*, p. 891;

No. 12–5043.  Lee v. United States District Court for the District of New Jersey, *ante*, p. 891;

No. 12–5094.  McCarthy v. Scofield et al., *ante*, p. 894;

No. 12–5156.  Sturm v. United States, *ante*, p. 897;

No. 12–5237.  Shulick v. Michigan Department of Corrections et al., *ante*, p. 902;

No. 12–5280.  Lewis v. Sinclair, Superintendent, Washington State Penitentiary, *ante*, p. 904;

No. 12–5429.  Woolman v. Nebraska et al., *ante*, p. 912;

No. 12–5515.  Christian v. United States District Court for the District of Hawaii, *ante*, p. 945;

No. 12–5609.  Birdette v. Associated Recovery Systems et al., *ante*, p. 947;

No. 12–5659.  Morris v. Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division, et al., *ante*, p. 949;

No. 12–5669.  Wise v. Hill, Warden, *ante*, p. 949;

No. 12–5670.  Zakat v. Bureau of Administrative Adjudication, *ante*, p. 949;

No. 12–5677.  Teague v. North Carolina Department of Transportation, *ante*, p. 949;

No. 12–5811.  ZAJRAEL *v.* HARMON, WARDEN, ET AL., *ante,* p. 966;

No. 12–5910.  ROWE *v.* MISSOURI, *ante,* p. 952; and

No. 12–6202.  SOLER-NORONA *v.* UNITED STATES, *ante,* p. 968. Petitions for rehearing denied.

No. 12–5765.  WILLIAMS *v.* UNITED STATES, *ante,* p. 935.  Petition for rehearing denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

DECEMBER 4, 2012

No. 12–7527 (12A550).  IN RE STOKLEY.  Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.  Petition for writ of habeas corpus denied.

No. 12–7517 (12A545).  STOKLEY *v.* RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.  Certiorari denied.

No. 12–7540 (12A558).  OCHOA *v.* TRAMMELL, WARDEN.  C. A. 10th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE SOTOMAYOR, and by her referred to the Court, denied.  Certiorari denied.

DECEMBER 7, 2012

No. 12–52.  DAN'S CITY USED CARS, INC., DBA DAN'S CITY AUTO BODY *v.* PELKEY.  Sup. Ct. N. H.  Certiorari granted.

No. 12–135.  OXFORD HEALTH PLANS LLC *v.* SUTTER.  C. A. 3d Cir.  Motions of Chamber of Commerce of the United States of America and DRI–The Voice of the Defense Bar for leave to file briefs as *amici curiae* granted.  Certiorari granted.